ULYSSES I & COMPANY, INC., Respondent, v GARY FELDSTEIN, Defendant, and PETER MORTON, Individually and as Trustee for the PETER MORTON LIFETIME TRUST, Defendant and Third-Party Plaintiff-Appellant. SHELDON SOLOW et al., Third-Party Defendants-Respondents.

Submitted September 13, 2010; decided December 16, 2010

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed Supreme Court's order denying appellant's motion to vacate, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.